## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

Gary Boudreaux                                                    Civil Action No. 07-1105

versus                                                                    Judge Tucker L. Melançon

Louisiana State Penetentiary,                      Magistrate Judge C. Michael Hill
Warden Burl Cain

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge issued on July 31, 2007 [Rec. Doc. 8] and entered as a final judgment on August 20, 2007 [Rec. Doc. 12], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 17th day of October, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE